UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RANA MEHDI,

      Petitioner,                                       Case No. 25-cv-10104
                                                            Hon. Matthew F. Leitman

v.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECRETARY,
ALEJANDRO MAYORKAS, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: February 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2025, by electronic means and/or ordinary mail.

                                                 s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126